IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim. Case No. SAG-24-0174 |
| ROBERT KROP | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \*

# ORDER

For the reasons stated on the record at the hearing on July 22, 2024:

1) Defendant's three pending motions, ECF 4, 5, and 6, are **DENIED**; and

2) the following schedule, which was originally set forth in ECF 109 in SAG-23-0123, shall control the remainder of this case:

| | |
|---|---|
| **October 15, 2024 at 9:00 a.m.** | 8-day jury trial |
| **September 30, 2024 at 9:00 a.m.** | Pretrial Conference |
| **August 5, 2024** | Joint voir dire, a proposed verdict sheet, and the government's jury instructions (with a copy e-mailed to MDD_SAGchambers@mdd.uscourts.gov), and any motions in limine, in addition to an update from the Government regarding early production of *Jencks* material |

July 23, 2024  
Date

/s/  
Stephanie A. Gallagher  
United States District Judge