IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. SAG-24-174 |
| | * | |
| | * | NOTICE OF APPEAL TO THE UNITED |
| | * | STATES COURT OF APPEALS FOR THE |
| | * | FOURTH CIRCUIT, RICHMOND, VA |
| ROBERT KROP, | * | |
| Defendant. | | |

…ooo0ooo…

## NOTICE OF APPEAL

WILL THE CLERK TAKE NOTICE that pursuant to the Federal Rules of Criminal Procedure 4(b) Defendant ROBERT JUSTIN KROP hereby appeals to the UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT this Court's Final Decision Order (ECF 16) entered on July 23, 2024 incorporating its decision from the bench on July 22, 2024 denying ECFs 4 ( Motion to Quash/Dismiss Re-Indictment or for a Writ of Prohibition), 5 (Motion for Disclosure of Grand Jury Materials), 6 (Motion for Order to Show Cause for Contempt).  This appeal is also of all other merged Orders including, but not limited to, ECF 11 in the instant case and incorporated/related Orders in the former related case SAG-23-0123 (including but not limited to, ECFs 40 Order denying in part Krop's Omnibus Motion, and 114 Order docketing "revised Indictment" and all other orders that, for the purposes of the appeal, merge into the designated judgments and orders).

Date: August 4, 2024           Respectfully submitted,
                               ___/s/_____
                               Daniel L. Cox, Federal Bar no.: 28245
                               THE COX LAW CENTER, LLC
                               P.O. Box 545
                               Emmitsburg, MD 21727
                               Telephone: 410-254-7000 (office)
                               Facsimile: 410-254-7220
                               Attorneys for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on 4th day of August, 2024, a copy of the foregoing Notice of Appeal was filed via ECF, which caused copies to be sent to all parties of record.

_____/s/_____
Daniel L. Cox