IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | CRIMINAL NO.  24-cr-0174-SAG |
| v. | * | |
| | * | |
| ROBERT JUSTIN KROP | * | |
| ****** | | |

## NOTICE OF PUBLIC-AUTHORITY AND ENTRAPMENT BY ESTOPPEL DEFENSE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12.3

Defendant Robert Krop hereby notices, pursuant to Fed. R. Crim. P. 12.3, his intention to assert a defense of actual or believed exercise of public-authority and entrapment by estoppel at trial in this matter and states as follows:

1. The public-authorities relied upon include the Gun Control Act of 1968, Pub. L. 90-618. 82 Stat. 1213 (codified at 18 U.S.C. § 921 et seq.), Title 27, Code of Federal Regulations 479.105; and involve the agencies of the United States Bureau of Alcohol, Tobacco and Firearms (BATF), the Havre de Grace Police Department and the Frederick County Sheriff's Department.

2. Each and every advising, authorizing or communicating BATF official, including signatories of Forms 2, 5 and 6[1], Capt. Cross, Havre De Grace

---

[1] The government has not yet produced the names of these BATF officials in discovery; a discovery supplement has been demanded for the same from the government and this Notice will be amended with said names once received.

Police Department, and Sheriff Chuck Jenkins, Frederick County Sheriff's Department are the agency members and public authorities on whose behalf Mr. Krop has acted at all relevant times in the Indictment. Mr. Krop reserves the right to call all or one of these individuals.

3. Mr. Krop respectfully reserves the right to amend or supplement the foregoing notice, as necessary, with timely notice to this Honorable Court and the government.

RESPECTFULLY SUBMITTED on September 3, 2024.

                                                ___/s/_____
                                                Daniel L. Cox, Federal Bar no.: 28245
                                                THE COX LAW CENTER, LLC
                                                P.O. Box 545
                                                Emmitsburg, MD 21727
                                                Telephone: 410-254-7000 (office)
                                                Facsimile: 410-254-7220
                                                Attorneys for Defendant

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that on 3rd day of September, 2024, a copy of the foregoing Notice of Public-Authority and Entrapment by Estoppel Defense Pursuant to Rule 12.3 was filed via ECF, which caused copies to be sent to all parties of record.

                                                _____/s/_____
                                                Daniel L. Cox