IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America,   *

　　　　　　　　　　　　　　*

v.　　　　　　　　　　　　　　　　　　　Case No.  <u>1:24-cr-00174-SAG</u>

　　　　　　　　　　　　　　*

<u>Robert Justin Krop</u>

　　Defendant.　　　　　　　*

### MOTION FOR ADMISSION PRO HAC VICE

I, <u>Cathy A. Hinger</u>, am a member in good standing of the bar of this Court.   I am moving the admission of <u>Luke V. Cass</u> to appear pro hac vice in this case as counsel for <u>Robert Justin Krop</u>.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New Jersey - 5/13/2004 | See Attachment A |
| New York - 9/22/2004 | |
| District of Columbia - 3/7/2005 | |
| | |

2. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

3. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

4. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

5. Either the undersigned movant or _____,
is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

6. **The $100.00 fee for admission pro hac vice accompanies this motion.**

7. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Cathy A. Hinger | Luke V. Cass |
| Printed name and bar number | Printed name and bar number |
| Womble Bond Dickinson (US) LLP | Womble Bond Dickinson (US) LLP |
| Office name | Office name |
| 2001 K St NW, Ste 400 South, Washington, DC 20006 | 2001 K St NW, Ste 400 South, Washington, DC 20006 |
| Address | Address |
| cathy.hinger@wbd-us.com | luke.cass@wbd-us.com |
| Email Address | Email Address |
| 202-857-4489 | 202-857-4426 |
| Telephone number | Telephone number |
| 202-261-0026 | 202-261-0026 |
| Fax Number | Fax Number |

# **Attachment A**

**US COURTS TO WHICH APPLICANT HAS BEEN ADMITTED TO PRACTICE AND DATES OF ADMISSION**

| Court | Date of Admission |
|---|---|
| U.S. District Court for the District of New Jersey | 7/1/2004 |
| U.S. District Court for the Southern District of New York | 9/22/2004 |
| U.S. District Court for the Eastern District of New York | 12/2/2005 |
| U.S. District Court for the Western District of New York | 1/17/2006 |
| U.S. District Court for the Northern District of New York | 1/18/2006 |
| U.S. District Court for the District of Columbia | 2/1/2021 |
| U.S. Court of Appeals for the First Circuit | 9/18/2008 |
| U.S. Court of Appeals for the Seventh Circuit | 7/19/2019 |
| U.S. Court of Appeals for the D.C. Circuit | 9/13/2020 |
| U.S. Supreme Court | 8/24/2020 |
| *U.S. District Court for the District of Puerto Rico | 2009 |
| *U.S. District Court for the Virgin Islands | 2015 |
| *U.S. District Court for the Southern District of Florida | 2016 |
| *U.S. District Court for the Eastern District of Virginia | 2016 |
| *U.S. District Court for the Western District of Washington | 2017 |
| *U.S. District Court for the Eastern District of Texas | 2018 |
| *U.S. Court of Appeals for the Third Circuit | 2017 |

(* denotes admission as government counsel only).